**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| MELVIN GONZALEZ RAMIREZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | 1:26-CV-03334-ELR-RDC |
| | * | |
| MICHAEL A. WILLIAMS, in his official capacity as Jail Commander for the Cobb County Sheriff's Office, CRAIG D. OWENS, SR., in his official capacity as Cobb County Sheriff, KRISTEN SULLIVAN, in her official capacity as Acting Field Office Director of the U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations Atlanta Field Office, DAVID VENTURELLA, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, and TODD BLANCHE, in his official capacity as Acting Attorney General, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**ORDER**

This case is before the Court on Petitioner Melvin Gonzalez Ramirez's Motion to Withdraw Reference to Magistrate Judge. [Doc. 22].

On June 15, 2026, Ramirez filed a Verified Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, alleging that his ongoing detention by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), pending removal proceedings violates his due process rights. Pet. ¶ 1 [Doc. 1]. Among other relief, Ramirez seeks a declaration that his continued detention without individualized review violates applicable statutes and his due process rights and requests an order of immediate release or, alternatively, a custody hearing or a bond hearing before an immigration law judge. Id. at 45–46. The day after he filed his Petition, Ramirez moved for the entry of an order requiring Respondents to show cause why the Petition should not be granted and enjoining his transfer outside of this District. [Doc. 2-1].

This case was automatically referred to a Magistrate Judge of this Court for a determination of all pretrial matters. See In re: Referral and Assignment of Civil Cases and Matters to Magistrate Judges as Amended, Standing Order No. 18-01 (N.D. Ga. Feb. 12. 2018). And on July 7, 2026, Magistrate Judge Regina D. Cannon, granted in part and denied in part Petitioner's motion, requiring Respondents to show cause why the petition should not be granted and enjoining Ramirez's transfer out of the Northern or Middle Districts of Georgia.[1] [Doc. 7].

[1] Following Respondent's timely response, [Doc. 10], and Petitioner's reply, [Doc. 12], the Petition became ripe for ruling on July 24, 2026.

Thereafter, on September 11, 2026, Ramirez moved for expedited consideration of his Petition, arguing that his ongoing, unlawful detention constitutes an irreparable injury, he is clearly entitled to release or a burden-shifted bond hearing, and that the habeas corpus statute, 28 U.S.C. § 2243, supports a prompt review of the Petition. [See generally Doc. 19-1]. Ramirez now requests that the Court withdraw his Petition's referral to the Magistrate Judge, arguing that his ongoing unconstitutional detention, the absence of a report and recommendation (R&R) from the Magistrate Judge on his fully-briefed Petition, and the delay inherent in the District Judge's *de novo* review of any objected-to portions of an R&R counsel in favor of withdrawing the referral.[2] [See generally Doc. 22-1].

The Court is unpersuaded that a withdrawal of referral is warranted. Ramirez has not moved for emergency relief and points to nothing beyond his ongoing detention as the basis for relief. While the Court appreciates Ramirez's position regarding the harm inflicted by his alleged unlawful detention, it remains unpersuaded by Ramirez's argument that a withdrawal of referral is warranted in his case.

Accordingly, the Court **DENIES** Ramirez's Motion to Withdraw Reference to Magistrate Judge. [Doc. 22].

[2] Respondents take no position on the motion. [Doc. 23].

**SO ORDERED**, this 13th day of October, 2026.

Eleanor L. Ross

Eleanor L. Ross
United States District Judge
Northern District of Georgia